☞ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :    08 Cr.

          - v -                 :    NOTICE OF INTENT TO
                                     FILE AN INFORMATION
TROY T. HALL,                   :

          Defendant.            :

- - - - - - - - - - - - - - - - x

**JUDGE SWAIN**

**08 CRIM 428**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 23, 2008

**08 CRIM 428**

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN J. O'DONNELL
Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
PEGGY M. CROSS
Attorney for TROY T. HALL

DOC #
ELECTRONICALLY FILED
4/30/08

4/30/08  WHEEL A