

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA         :

          v.                     :

TROY T. HALL,                    :      08 Cr. ___

          Defendant.             :
- - - - - - - - - - - - - - - - X
```

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                          _____
                                          TROY T. HALL

                                          _____
                                          Witness

                                          _____
                                          Peggy M. Cross, Esq.
                                          Counsel for Defendant

Date:    New York, New York
         May 14, 2008

0202

